IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIANNE GALLAGHER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-0168 |
| v. | : | |
| | : | |
| **OHIO CASUALTY** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW,** this 9th day of April 2014, upon consideration of Defendant's *motion for summary judgment* [ECF 15], Plaintiff's response in opposition [ECF 16], and the replies [ECF 19, 22], and consistent with the memorandum opinion filed on this day, it is hereby **ORDERED** that the motion is **GRANTED** and Plaintiff's action is dismissed with prejudice. The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.